UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK IGLIS AND TERESA INGLIS, ) | Case No. 08cv1825-JM (BLM) |
| ) | |
| Plaintiffs, ) | **ORDER GRANTING DEFENDANTS' EX** |
| ) | **PARTE MOTION FOR GENERAL** |
| v. ) | **COUNSEL TO APPEAR** |
| ) | **TELEPHONICALLY AT THE** |
| D.R. HORTON, INC., JAMES ) | **MANDATORY SETTLEMENT** |
| PRITCHETT, and DOES 1-10, ) | **CONFERENCE** |
| ) | |
| Defendants. ) | [Doc. No. 15] |
| ) | |

On February 5, 2009, counsel for Defendants D.R. Horton, Inc. and James Pritchett filed an ex parte motion requesting that David Morice, General Counsel for D.R. Horton, Inc., be allowed to appear telephonically at the February 12, 2009 Mandatory Settlement Conference ("MSC"). Doc. No. 15. In support, counsel represents that Mr. Morice lives and works in Texas and therefore personal attendance at the conference would cause an undue burden. Id. Additionally, counsel represents that an independent adjustor with full settlement authority will appear in person at the MSC. Id.

Good cause appearing, the Court hereby **GRANTS** Defendants' ex parte motion. Mr. Morice may appear telephonically at the MSC set for **February 12, 2009** at **1:30**. In order for the Court to initiate the call,

Defendants' counsel shall contact the Court in advance of the MSC to provide Mr. Morice's contact information.  Counsel for all parties and all other names parties must personally appear at the MSC.  Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:   February 5, 2009

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge