1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11  FRANK IGLIS AND TERESA INGLIS,   )  Case No. 08cv1825-JM (BLM)
                                     )
12              Plaintiffs,          )  **ORDER GRANTING JOINT MOTION TO**
                                     )  **CONTINUE MANDATORY SETTLEMENT**
13  v.                               )  **CONFERENCE**
                                     )
14  D.R. HORTON, INC., JAMES         )  [Doc. No. 17]
    PRITCHETT, and DOES 1-10,        )
15                                   )
                Defendants.          )
16  ─────────────────────────────────)
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  On February 5, 2009, parties to the above captioned matter filed a joint motion to continue the Mandatory Settlement Conference ("MSC") scheduled for February 12, 2009.  No. 17.  In support, the parties represent that they are in the process of obtaining discovery necessary for meaningful settlement negotiations.  Id.

Good cause appearing, the Court hereby **GRANTS** the parties' joint motion.  The MSC is continued to **April 13, 2009** at **9:30 a.m.**  All requirements pertaining to the previously-set conference, including the requirement that all counsel and parties appear in person, apply.  Doc. No 12.  Confidential settlement briefs shall be filed no later than **April 6, 2009**.

**IT IS SO ORDERED.**

DATED: February 6, 2009

_____
BARBARA L. MAJOR
United States Magistrate Judge