UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK IGLIS AND TERESA INGLIS,<br><br>    Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., JAMES PRITCHETT, and DOES 1-10,<br><br>    Defendants. | Case No. 08cv1825-JM (BLM)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR GENERAL COUNSEL TO APPEAR TELEPHONICALLY AT THE MANDATORY SETTLEMENT CONFERENCE**<br><br>[Doc. No. 21] |

On April 1, 2009, counsel for Defendants D.R. Horton, Inc. and James Pritchett filed a motion requesting that David Morice, General Counsel for D.R. Horton, Inc., be allowed to appear telephonically at the April 13, 2009 Mandatory Settlement Conference ("MSC"). Doc. No. 21. In support, counsel represents that Mr. Morice lives and works in Texas and therefore personal attendance at the conference would cause an undue burden. Id. Additionally, counsel represents that an independent adjustor with full settlement authority will appear in person at the MSC. Id.

Good cause appearing, the Court hereby **GRANTS** Defendants' motion. Mr. Morice may appear telephonically at the MSC set for **April 13, 2009** at **9:30 a.m.** In order for the Court to initiate the call, Defendants'

counsel shall contact the Court in advance of the MSC to provide Mr. Morice's contact information.  Counsel for all parties and all other named parties must personally appear at the MSC.  Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: April 2, 2009

BARBARA L. MAJOR
United States Magistrate Judge