# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK INGLIS AND TERESA INGLIS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>D.R. HORTON, INC., JAMES PRITCHETT, and DOES 1 to 10,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08 CV 1825 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S LOSS OF CONSORTIUM CAUSE OF ACTION**<br><br>Doc. No. 27 |

　　　Having reviewed the parties' Joint Motion and Stipulation for Dismissal of Plaintiff's Loss of Consortium Cause of Action and good cause appearing therefor, the court hereby GRANTS the joint motion. Accordingly, Plaintiff Teresa Inglis' loss of consortium cause of action is DISMISSED WITH PREJUDICE in exchange for Defendants' waiver of fees and costs with respect to Plaintiff Teresa Inglis' loss of consortium cause of action only. In addition, Plaintiff Teresa Inglis is DISMISSED as a party from the instant action.

　　　**IT IS SO ORDERED.**

DATED: May 15, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge