1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11  FRANK INGLIS AND TERESA INGLIS,        CASE NO.: 08 CV 1825 JM BLM
12
                       Plaintiffs,         **ORDER GRANTING JOINT MOTION**
13                                         **AND STIPULATION TO CONTINUE**
         v.                                **EXPERT DISCOVERY CUT-OFF**
14
                                           [Doc. No. 25]
15  D.R. HORTON, INC., JAMES PRITCHETT,
    and DOES 1 – 10,
16
17                     Defendants.
18

19  ///
20  ///
21  ///
22  ///
23  ///
    ///
24  ///
25  ///
26  ///
27  ///
    ///
28  ///

1

1    Having reviewed the parties' Joint Motion and Stipulation to Continue Expert
2 Discovery Cut-Off and good cause appearing therefor, the motion is **GRANTED** as follows:
3    1.    The expert discovery cut off shall be continued to July 17, 2009.
4    2.    All other dates and information contained in the Court's December 16, 2008
5 Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings
6 remain unchanged.
7    4.    The Mandatory Settlement Conference scheduled for June 8, 2009 at 9:30 a.m.
8 remains unchanged.
9    **IT IS SO ORDERED.**
10 Dated: May 15, 2009
11    HONORABLE BARBARA L. MAJOR
    MAGISTRATE JUDGE