FILED
09 DEC 16 AM 9:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK INGLIS AND TERESA INGLIS,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., JAMES PRITCHETT, and DOES 1 – 10,<br><br>Defendants. | CASE NO.: 08 CV 1825 JM BLM<br>Hon. Jeffrey Miller<br>Magistrate Judge Barbara L. Major<br><br>**ORDER RE: JOINT MOTION AND STIPULATION FOR DISMISSAL OF PLAINTIFF'S CASE** |

Having reviewed the parties' Joint Motion and Stipulation for Dismissal of Plaintiff's Case and good cause appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

Plaintiff Frank Inglis' case is dismissed with prejudice as well as the entire action of all parties and all causes of action. All outstanding motions are hereby denied as moot. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.
Dated: 12/15/2009

_____
JEFFREY T. MILLER
United States District Court Judge